FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -4  AM 7: 44

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL MAGEE, #405200 | CIVIL ACTION |
| VERSUS | NO. 05-0686 |
| TIM WILKINSON, WARDEN | SECTION "K" (6) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore, IT IS ORDERED that the petition of Daniel Magee for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, be, and the same is hereby DISMISSED WITH PREJUDICE as time-barred. Alternatively, the petition should be DENIED on the merits.

New Orleans, Louisiana, this 2nd day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____